Filed 5/24/17

# IN THE SUPREME COURT OF CALIFORNIA

| | | |
|---|---|---|
| THE PEOPLE, | ) | |
| | ) | |
| Plaintiff and Respondent, | ) | |
| | ) | S225193 |
| v. | ) | |
| | ) | Ct. App. 4/2 E060758 |
| RON DOUGLAS PATTERSON, | ) | |
| | ) | Riverside County |
| Defendant and Appellant. | ) | Super. Ct. No. EE220540 |
| _____ | ) | |

**ORDER MODIFYING OPINION**

THE COURT:

The opinion filed herein on March 27, 2017, appearing at 2 Cal.5th 885, is modified as follows:

The first sentence of the second paragraph on page 901 is revised to read: "To establish that he was prejudiced by counsel's alleged errors, Patterson must show 'that a reasonable probability exists that, but for counsel's incompetence, he would not have pled guilty' (*Resendiz*, *supra*, 25 Cal.4th at p. 253) to the charge of possession of MDMA, which subjected him to mandatory deportation."

This modification does not affect the judgment.

The petition for rehearing is denied.

1